UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**JOHN PEARSON #155826**                                **CIVIL ACTION**

**versus**                                              **NO. 05-0770**

**CHARLES FOTI, ATTORNEY GENERAL**                      **SECTION: "B" (3)**

**O R D E R**

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the failure of petitioner to file any objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that petitioner's "additional supplemental claim" is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 31st day of August, 2007.

**UNITED STATES DISTRICT JUDGE**